F. Andino Reynal
Admitted Pro Hac Vice
917 Franklin Street, Sixth Floor
Houston, Texas 77002
713.228.5900
areynal@frlaw.us

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LUIGI MONTES et al.,<br><br>    Defendant. | Case No.: 2:21-mj-01027-DJA<br><br>**MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURFEW** |

       Defendant Luigi Montes requests that the Court allow him to travel to Euless, Texas and temporarily suspend his curfew from June 3, 2022, through June 5, 2022. Mr. Montes will attend his friend, Joseph Lopez's, wedding at Sapphire Banquet and Conference Center located at 1300 N. Main Street, Euless, Texas 76039. His current bond conditions include a curfew requirement which would prevent him from attending the party.

       Respectfully submitted,

       /s/ F. Andino Reynal
       F. Andino Reynal
       SPN: 02328405
       Fertitta Reynal LLP
       Commercial Bank Building
       917 Franklin St., Sixth Floor
       Houston, Texas 77002
       Tel. 713228.5900
       areynal@frlaw.us

MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURFEW - 1

CERTIFICATE OF CONFERENCE

I certify that I have conferred with the Assistant United States Attorney handling the case and he is unopposed to this motion.

/s/ F. Andino Reynal
F. Andino Reynal

CERTIFICATE OF SERVICE

I certify that a true and exact copy of the NOTICE OF APPEARANCE has been electronically filed with the clerk of the Court using the CM/ECF system, which will send electronic notification of this filing to all counsel of record on this the 23rd day of May 2022.

/s/ F. Andino Reynal
F. Andino Reynal

MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURFEW - 2

F. Andino Reynal
Admitted Pro Hac Vice
917 Franklin Street, Sixth Floor
Houston, Texas 77002
713.228.5900
areynal@frlaw.us

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LUIGI MONTES et al.,<br><br>　　　　　Defendant. | Case No.: 2:21-mj-01027-DJA<br><br>**ORDER ON MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURPFEW** |

　　　Pending before the Court is Defendant Luigi Montes' motion to modify his bond conditions to travel to Euless, Texas and temporarily suspend his curfew from June 2, 2022, through June 5, 2022.  The motion is GRANTED.

　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　Signed this 26th day of May 2022.

ORDER ON MOTION TO TRAVEL AND TEMPORARILY SUSPEND CURPFEW - 1