THE REYNAL LAW FIRM
F. ANDINO REYNAL
Admitted Pro Hoc Vice
917 Franklin St., Sixth Floor
Houston, Texas 77002
Phone: (713) 228-5900
Email: areynal@frlaw.us
*Attorneys for the Luigi Montes*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-00002-RFB-VCF |
| Plaintiff, | Stipulation to Continue Sentencing (Second Request) |
| v. | |
| LUIGI J. MONTES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson United States Attorney for the District of Nevada, and Jim Fang, Assistant United States Attorney, and F. Andino Reynal, counsel for Defendant Luigi Montes, that the sentencing hearing currently scheduled for September 15, 2023, at 9:00 a.m. (ECF No. 124) is continued for no sooner than 60 days, to a date and time convenient to this Court. This stipulation is made and based upon the following:

1. Mr. Montes entered a change of plea on February 16, 2023, pleading guilty to Count One of the Criminal Information, Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. §1341. ECF Nos. 102.

2. Sentencing is currently scheduled for September 15, 2023, at 9:00 a.m., ECF No. 124.

3. Probation released its draft PSR on April 25, 2023. Defense counsel is working closely with the government to prepare for the upcoming sentencing, but is still in the process of

obtaining various documentation relevant to Mr. Montes' sentencing memorandum and hearing.

4. Mr. Montes is on release and does not oppose the continuance request.

5. This is the third request for a continuance of the sentencing hearing.

6. The additional time requested herein is sought in good faith and not for purposes of delay.

7. The additional time requested by this stipulation is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution, which terminated upon conviction. *See Betterman v. Montana,* 136 S.Ct. 1609, 1617-18 (2016).

8. Denial of this request for continuance would deny counsel for Mr. Montes sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

DATED this 5th day of September, 2023.

| | |
|---|---|
| */s/ Jim Fang* | *s/ F. Andino Rrynal* |
| Assistant U.S. Attorney | F. Andino Reynal, ESQ. |
| *Counsel for the United States* | *Counsel for Defendant Montes* |

CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that on the 5th day of September, 2023, a copy of this motion was served on all counsel of record by the Court's ECF service.

*/s/* F. Andino Reynal

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIGI J. MONTES,<br><br>Defendant. | Case No. 23-cr-00002-RFB-VCF<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER. |

FINDINGS OF FACT AND CONCLUSIONS OF LAW

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Mr. Montes entered a change of plea on February 16, 2023, pleading guilty to Count One of the Criminal Information, Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. §1341. ECF Nos. 102, 103.
2. Sentencing is currently scheduled for September 15, 2023, at 9:00 a.m. ECF No. 124.
3. Defense counsel is in the process of obtaining various documentation relevant to Mr. Montes' sentencing memorandum and hearing.
4. Mr. Montes is on release and does not oppose the continuance request.
5. This is the third request for a continuance of the sentencing hearing.
6. The additional time requested herein is sought in good faith and not for purposes of delay.

7. The additional time requested by this stipulation is reasonable pursuant to Fed. R. Crim. P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed [for sentencing] in this rule." Furthermore, a delay in sentencing does not implicate or undermine the defendant's speedy trial rights under the United States Constitution, which terminated upon conviction. *See Betterman v. Montana,* 136 S.Ct. 1609, 1617-18 (2016).

8. Denial of this request for continuance would deny counsel for Mr. Montes sufficient time to effectively and thoroughly prepare for sentencing, taking into account due diligence. Accordingly, a denial of this request for continuance could result in a miscarriage of justice.

ORDER

Based upon the stipulation of the parties, and good cause appearing, it is hereby ORDERED that Mr. Montes' sentencing hearing currently scheduled September 15, 2023, at 9:00 a.m., be VACATED.

IT IS FURTHER ORDERED that the sentencing hearing is reset for **November 16, 2023 at 8:30 a.m.**

DATED: September 6, 2023

_____
THE HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE